Virginia State Insurance Company against the American Fidelity Company. No opinion. Judgment affirmed, with costs.

---

VULCAN DETINNING CO., Respondent, v. SEWARD et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by the Vulcan Detinning Company against George O. Seward and another. C. Seasongood, of New York City, for appellants. E. S. Seidman, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

---

WAGOR et al., Respondents, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Walter M. Wagor and others against the Erie Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

WALTER et al., Appellants, v. WALTER, Respondent. (3 cases). (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by Moritz Walter and others against Anna K. Walter. D. Leventritt, of New York City, for appellants. G. R. Bristor, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

---

WASHBURN v. RAINIER et al. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Appeal from Special Term, Nassau County. Action by Henry J. Washburn against John T. Rainier and others. From a Special Term order as resettled, denying the motion of defendants John T. Rainier and Paul N. Lineberger for a readjustment of costs, they appeal. Reversed, appeal from taxation of costs sustained, and motion to strike out the costs as taxed, except those in Court of Appeals before argument, and disbursements for printing the case in the Court of Appeals and printing the points, granted. See, also, 144 N. Y. Supp. 1149. T. G. Durkan, of New York City, for appellants. Jesse Fuller, Jr., of Brooklyn, for respondent.

PER CURIAM. When the provision of the original order of this court of March 15, 1912, to the effect that the judgment appealed from be reversed, "with costs of the action to abide the event," is read in connection with the order of this court of December 12, 1913, resettling the same, it seems to us perfectly clear that upon such resettlement it was the purpose of this court to permit plaintiff, if he desired, to retrace the steps which he had taken upon the strength of the form of the order as originally entered, and to compensate him for any expense that he had incurred by reason thereof. Bearing this in mind, it is equally clear that the only costs and disbursements that were to be paid were those which had accrued in the interval between the date of the original order of reversal and the resettlement thereof. These were taxable costs in the Court of Appeals before argument, and such disbursements in connection with such appeal as would be properly taxable, and which had been made up to that time. The order appealed from should be reversed, with $10 costs and disbursements, the appeal from the taxation of costs sustained, and the motion granted to strike out all of the costs as taxed, except costs in the Court of Appeals before argument, and disbursements for printing the case in the Court of Appeals and printing the points.

---

WASSERMAN v. BRONX HOME NEWS PUB. CO. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Joseph A. Wasserman against the Bronx Home News Publishing Company. No opinion. Order modified, by requiring the bill of particulars to be served 20 days after the completion of the examination of the plaintiff before trial, and, as so modified, affirmed, without costs. Settle order on notice. See, also, 146 N. Y. Supp. 1117.

---

WASSERMAN, Respondent, v. BRONX HOME NEWS PUB. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Joseph A. Wasserman against the Bronx Home News Publishing Company and others. E. P. Seelman, of New York City, for appellants. M. L. Heidenheimer, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion to vacate order for examination of plaintiff before trial denied. Time for examination to be fixed on settlement of order. Settle order on notice. See, also, 146 N. Y. Supp. 1117.

---

WELLS, Appellant, v. WELLS, Respondent. (Supreme Court, Appellate Division, Third Department. March 13, 1914.) Action by Samuel Wells against Aaron Wells. No opinion. Appeal dismissed, without costs.

---

WELLS, Respondent, v. WELLS, Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1914.) Action by Samuel Wells against Aaron Wells. No opinion. Judgment and order unanimously affirmed, with costs.

---

WERNER, Respondent, v. LIPSIUS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by Charles Werner against Louis Lipsius and another, copartners, etc. No opinion. Judgment and order unanimously affirmed, with costs.

---

WESSEL, Respondent, v. SCHWARZLER, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by Mary Wessel against Albert J. Schwarzler. M. D. Steuer, of New York City, for appellant. J. H. Cohen, of New York City, for respondent. No opinion. Judgment and order